UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Dean Curtis Sawyer                  Docket No. 5:15-CR-337-1FL

**Petition for Action on Supervised Release**

COMES NOW Linwood E. King, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Dean Curtis Sawyer, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With the Intent to Distribute Marijuana, was sentenced by the Honorable Rebecca Beach Smith in the Eastern District of Virginia, on January 22, 2008, to the custody of the Bureau of Prisons for a term of 108 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Dean Curtis Sawyer was released from custody on August 15, 2014, at which time the term of supervised release commenced.

Jurisdiction in this case was transferred to the Eastern District of North Carolina on November 9, 2015.

On April 11, 2016, the court was notified of the defendant testing positive for the use of marijuana. He was continued under supervision and exposed to substance abuse treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On August 14, 2016, Sawyer submitted a urinalysis test which again was confirmed positive for the presence of marijuana. We have again referred Sawyer to substance abuse treatment at First Step Services, Raleigh, North Carolina, to participate in both group and individual counseling sessions. To address this continued non-compliant behavior, and in an effort to deter future illegal drug use, we are recommending that Sawyer perform 24 hours of community service.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Michael C. Brittain<br>Michael C. Brittain<br>Supervising U.S. Probation Officer | /s/Linwood E. King<br>Linwood E. King<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8682<br>Executed On: September 28, 2016 |

**Dean Curtis Sawyer**
**Docket No. 5:15-CR-337-1FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this ___29th___ day of ___September___, 2016, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge