> **Motion DENIED.**
>
> This the 7th day of February, 2019.
>
> /s/Louise W. Flanagan, U.S. District Judge

FILED
FEB 04 2019
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

Dean Curtis Sawyer,
Petitioner
V.
United States of America,
Respondent.

CASE #
515CR00337

## MOTION TO TERMINATE SUPERVISED RELEASE
## PURSUANT TO TITLE 18 U.S.C. S 3583(e)(1)

NOW COMES before this honorable court petitioner Dean Curtis Sawyer, appearing pro se, seeking to Terminate Supervised Release, pursuant to 18 U.S.C. § 3583(e)(1). In support here of this motion, petitioner offers the following:

### STATEMENT OF FACTS

On January 22, 2008, petitioner was sentenced to one hundred and eight (108) months imprisonment followed by five (5) years supervised release for possession and conspiracy to distribute marijuana. Upon release from prison, petitioner's case was transferred from Norfolk, VA to Raleigh, NC to the Honorable Judge Flanagan.

### ARGUMENT

I.

Petitioner began ordered term of supervised release on August 15, 2014 and has served in excess of one (1) year. During incarceration, petitioner completed a non residential drug program, a drug education class, and an intensive drug abuse treatment program known as RDAP. He received three (3) separate certificates of achievement for these programs. While incarcerated, petitioner also strived to further his education. Although he was unsuccessful, he continued to stay positive and focused, and has since earned his equivalency diploma. Also while on supervised release, petitioner has maintained gainful employment and consistent and full cooperation with his probation officer. He has continued to better himself professionally and has now owned and successfully operated a business dealing in cars and trucks for two and a half (2.5) years. Petitioner owns, and resides in, his own single family home and has been a resident of Raleigh, North Carolina for thirty five (35) plus years. Petitioner states he is a law abiding citizen in good standing with the community. Further, that continued supervised release is not reasonably necessary under these circumstances, and it's termination would further the interest of justice, in discontinuing the deprivation of liberty to this petitioner.

II.